## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:  Case No. 21-23369
    Steven M. Swattler
    And Molly M. Swattler
        Debtors.  Chapter 13

## CERTIFICATE OF SERVICE

On June 30, 2021, I, Michelle A Angell, served a copy of the Notice and Request to Amend Unconfirmed Chapter 13 Plan June 30, 2021 on the following persons in the following manner:

1. Deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, to the parties:

    (A) listed on the most current mailing matrix, a copy of which is attached to this certificate as Attachment A.

On June 30, 2021, I, Michelle A Angell, served a copy of the original chapter 13 plan and the Notice and Request to Amend Unconfirmed Chapter 13 Plan June 30, 2021 on the following persons in the following manner:

2. Deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, to the parties:

    (B) listed on Attachment B.

3. By certified mail addressed to the entities listed on Attachment C.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: June 30, 2021

Michelle A Angell
Krekeler Strother, S.C.
2901 W. Beltline Hwy, Suite 301
Madison, WI 53713
608-258-8555

## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:  
    Steven M. Swattler  
    And Molly M. Swattler  
        Debtors.

Case No. 21-23369

Chapter 13

## CERTIFICATE OF SERVICE
## ATTACHMENT A

SEE ATTACHED MAILING MATRIX.

abel Matrix for local noticing
757-2
ase 21-23369-beh
astern District of Wisconsin
ilwaukee
ed Jun 30 10:16:58 CDT 2021

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Wells Fargo Bank, N.A.
c/o Gray & Associates, L.L.P
16345 West Glendale Drive
New Berlin, WI 53151-2841

BC Financial Services, Inc.
) Box 6800
orth Little Rock, AR 72124-6800

AD ASTRA Recovery Services
7330 W. 33rd Street N, Suite 118
Wichita, KS 67205-9370

AT&T
1350 Blair Dr. Ste H
Odenton, MD 21113-1333

T&T
301 Valley Lane
allas, TX 75240

American Family Insurance
6000 American Parkway
Madison, WI 53783-0002

American First Finance Inc.
3515 N. Ridge Rd. #200
Wichita, KS 67205-1206

merican First Financial
330 W. 33rd St.
ichita, KS 67205-9370

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Americollect, Inc.
Bankruptcy Notices
PO Box 1505
Manitowoc, WI 54221-1505

ssociated Bank
tn: Asset Recovery Dept.
305 Main Street
3 7722
tevens Point, WI 54481-2898

Attorney Ann Louise Patteson
Strange Patteson Renning Lewis & Lacy SC
205 Doty St. Suite 201
Green Bay, WI 54301-4538

Attorney Christopher L. Fletcher
PO Box 2361
Oshkosh, WI 54903-2361

ttorney John A. Foscato
aw Office of John A. Foscato SC
10 Packardland Drive Suite D
) Box 11062
reen Bay, WI 54307-1062

Attorney Tyler Helsel
Kohn Law Firm SC
735 N. Water Street, Suite 1300
Milwaukee, WI 53202-4106

Attorney William N. Foshag
Gray & Associates LLP
16345 W Glendale Dr
New Berlin, WI 53151-2841

urora BayCare Medical Center
345 Greenbrier Rd.
reen Bay, WI 54311-6519

Aurora BayCare Orthopedics
2845 Greenbrier Rd.
Green Bay, WI 54311-6519

Barclays Bank Delaware
Attn: Bankruptcy Dept.
PO Box 8801
Wilmington, DE 19899-8801

ayCare Clinic
) Box 28900
reen Bay, WI 54324-0900

Calumet County Circuit Court
206 Court St.
Chilton, WI 53014-1198

Capital Credit Union
Attn: Bankruptcy Dept.
PO Box 2526
Green Bay, WI 54306-2526

p)CAPITAL ONE
) BOX 30285
ALT LAKE CITY UT 84130-0285

Capital One/Kohls
Kohls Credit
PO Box 3120
Milwaukee, WI 53201-3120

Child's Play
3304 Superior Ave.
Sheboygan, WI 53081-1860

itibank Customer Service
.O. Box 6500
ioux Falls, SD 57117-6500

Citibank North America
Citibank Corp/Centralized Bankruptcy
PO Box 790034
Saint Louis, MO 63179-0034

Citibank/Home Depot
Attn Recovery Centralized Bankruptcy
PO Box 790034
Saint Louis, MO 63179-0034

| | | |
|---|---|---|
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | City of Milwaukee<br>Customer Service Division<br>PO Box 514062<br>Milwaukee, WI 53203-3462 | Comenity<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank<br>Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | Cottonwood Financial Wisconsin LLC<br>1901 Gateway Dr #200<br>Irving, TX 75038-2425 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 |
| Credit Karma<br>PO Box 520<br>San Francisco, CA 94104-0520 | Credit Systems of the Fox Valley, Inc.<br>630 S Green Bay Rd<br>Neenah, WI 54956-3190 | Department of Education / Naviant<br>P.O. Box 9635<br>Wilkes Barre, PA 18773-9635 |
| (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Esser Law LLC<br>11805 W. Hampton Ave.<br>Milwaukee, WI 53225-3612 |
| Finance System of Green Bay, Inc.<br>301 N. Jackson St.<br>PO Box 1597<br>Green Bay, WI 54305-1597 | Financial Control Solutions<br>PO Box 668<br>Germantown, WI 53022-0668 | Financial Data Systems<br>PO Box 688<br>Wrightsville Beach, NC 28480-0688 |
| Forefront Dermatology<br>801 York St.<br>Manitowoc, WI 54220-4630 | Fox Valley Emergency Medicine<br>PO Box 8031<br>Appleton, WI 54912-8031 | Fox Valley Hematology and Oncology<br>3925 N. Gateway Dr.<br>Appleton, WI 54913-7863 |
| (p)FOX VALLEY PATHOLOGISTS SC<br>700 SOUTHWYCK BLVD<br>TOLEDO OH 43614-1509 | Froedtert & Medical College of Wisconsin<br>PO Box 734462<br>Chicago, IL 60673-4462 | Health Payment Systems, Inc.<br>PO Box 1450<br>Milwaukee, WI 53201-1450 |
| Holy Family Memorial Hospital<br>2300 Western Ave.<br>Manitowoc, WI 54220-3712 | Illinois Student Assistance Commission<br>P.O. Box 60015-0235<br>Deerfield, IL 60015-0235 | Internal Revenue Service<br>Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Marine Credit Union<br>PO Box 309<br>Fond Du Lac, WI 54936-0309 | Midwest Recivable Solutions<br>PO Box 2087<br>Kalamazoo, MI 49003-2087 | Molly M Swattler<br>W6350 Lilac Rd.<br>Menasha, WI 54952-8100 |
| Navient<br>123 Justison Street, 3rd Floor<br>Wilmington, DE 19801-5363 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | New Dermatology Group<br>2500 E. Capitol Drive<br>Appleton, WI 54911-8735 |

| | | |
|---|---|---|
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Performance Finance<br>PO Box 17879<br>Reno, NV 89511-1033 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Property Management<br>3120 Gateway Rd.<br>Brookfield, WI 53045-5112 | Primary Care Associates of Appleton<br>3916 N. Intertech Ct.<br>Appleton, WI 54913-6957 |
| (p)PROFESSIONAL RECOVERY CONSULTANTS INC<br>2700 MERIDIAN PARKWAY<br>SUITE 200<br>DURHAM NC 27713-2450 | Progressive<br>PO Box 31260<br>Tampa, FL 33631-3260 | Radiology Associates of Appleton<br>PO Box 1790<br>Brookfield, WI 53008-1790 |
| Radiology Associates of Iron Mountain<br>PO Box 2424<br>Kingsford, MI 49802-2424 | Radiology Associates of the Fox Valley<br>BIN 88919<br>Milwaukee, WI 53288-8919 | Sequium Asset Solutions LLC<br>1130 Northchase Parkway, Suit 150<br>Marietta, GA 30067-6429 |
| Speedycash.com<br>PO Box 780408<br>Willow Lake, SD 57278 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | (p)STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD<br>MADISON WI 53716-3314 |
| Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 | Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 | Synchrony Bank- Amazon<br>Attn: Bankruptcy Dept.<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| ThedaCare<br>PO Box 880810<br>Milwaukee, WI 53288-0001 | ThedaCare Inc<br>PO Box 8003<br>Appleton, WI 54912-8003 | ThedaCare Regional Medical Center<br>130 Second St.<br>Neenah, WI 54956-2883 |
| Thedacare Pediatrics<br>2701 E. Enterprise Ave.<br>Appleton, WI 54913-7729 | True Accord<br>3030 2nd Street, Suite 750<br>San Francisco, CA 94107 | UCSF Dermatopathology Service<br>1701 Divisadero St. #280<br>San Francisco, CA 94115-3011 |
| USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-0544 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd, Suite 206<br>Toledo, OH 43614-1501 | United States Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| United States Trustee-Eastern District<br>Federal Courthouse<br>David W. Asbach, Assistant US Trustee<br>517 East Wisconsin Ave. Room 430<br>Milwaukee, WI 53202-4510 | VB Auto Credit Inc.<br>PO Box 11567<br>Green Bay, WI 54307-1567 | Verizon<br>PO Box 489<br>Newark, NJ 07101-0489 |

| | | |
|---|---|---|
| WE Energies<br>Attn: Bankruptcy Department<br>P.O. Box 2046 Room A130<br>Milwaukee, WI 53201-2046 | Wells Fargo Bank, N.A.<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7200 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>MAC# N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wisconsin Department of Revenue<br>ATTN: Bankruptcy Unit, MS 5-144<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept. of Workforce Development<br>Division of Unemployment Insurance<br>P.O. Box 8914<br>Madison, WI 53708-8914 |
| Wisconsin Institute of Urology<br>130 Theda Clark Medical Plaza #300<br>Neenah, WI 54956-2763 | Women's Care of Wisconsin<br>2501 E. Enterprise Ave., Suite 200<br>Appleton, WI 54913-7805 | Michelle A. Angell<br>Krekeler Strother, S.C.<br>2901 West Beltline Hwy, Suite 301<br>Madison, WI 53713-4228 |
| Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 | Steven M Swattler<br>W6350 Lilac Rd.<br>Menasha, WI 54952-8100 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc.<br>PO Box 1566<br>1851 S. Alverno Rd.<br>Manitowoc, WI 54221 | Capital One Bank USA<br>ATTN: Bankruptcy Notice Dept<br>15000 Capital One Drive<br>Richmond, VA 23238 | Citizens One Auto Finance<br>One Citizens Bank Way<br>Johnston, RI 02919 |
| Direct TV<br>P.O. Box 78626<br>Phoenix, AZ 85062 | Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850 | Fox Valley Surgical Associates<br>1818 N. Meade St., #240<br>Appleton, WI 54911 |
| Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | Professional Recovery Consultants, Inc.<br>P.O Box 51187<br>Durham, NC 27717 |
| Sprint<br>PO Box 629023<br>El Dorado Hills, CA 95762 | State Collection Service<br>PO Box 6250<br>Madison, WI 53716-0250 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| 1)Janet Medlock, Clerk of Court | (d)Molly M Swattler<br>W6350 Lilac Rd.<br>Menasha, WI 54952-8100 | End of Label Matrix<br>Mailable recipients 100<br>Bypassed recipients 2<br>Total 102 |

## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:  
    Steven M. Swattler  
    And Molly M. Swattler  
        Debtors.

Case No. 21-23369

Chapter 13

## CERTIFICATE OF SERVICE
## ATTACHMENT B

Bruce Van Saun, CEO  
Citizens One Auto Finance  
1 Citizens Plaza  
Providence, RI 02903

| | |
|---|---|
| In re:<br>    Steven M. Swattler<br>    And Molly M. Swattler<br>          Debtors. | Case No. 21-23369<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**
**ATTACHMENT C**

Darin Campbell, CEO
Performance Finance
C/O Evergreen Bank Group
1515 West 22nd Street, Suite 100W
Oak Brook, IL 60523

CEO Shawn Hanson
Marine Credit Union
811 Monitor Street
La Crosse, WI 54603

CEO Charles Scharf
Wells Fargo Bank, NA
420 Montgomery Street
San Francisco, CA 94104